1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  SUSAN R. JERICH (CSBN 188462)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7158
7  Facsimile: (415) 436-7234
   Email: susan.jerich@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**

DEC - 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                 SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,           )  No.: CR 06-70783 HL
14             Plaintiff,                )  PARTIES' STIPULATION & PROPOSED
                                         )  ORDER REQUESTING THAT THE
15                                       )  DATE FOR DETENTION HEARING BE
                                         )  CONTINUED
16                                       )
                                         )  and Order
17  STEVEN DURAN,                        )
                                         )
18             Defendant.                )
                                         )
19

20  The parties stipulate and agree, and the Court finds and holds, as follows:

21  1. The defendant was arraigned on a criminal complaint on Monday, December 4, 2006. A
22  detention hearing in this matter was originally scheduled for Wednesday, December 6, 2006.

23  2. The parties respectfully request that the date for detention hearing be continued one
24  additional day to Thursday, December 7, 2006 at 9:30 a.m.

25  3. The basis for this request is that the Assistant United States Attorney, who was not present
26  in court for the initial scheduling of the detention hearing, is appearing before the Court on

27  // //

28  // //

STIPULATION AND PROPOSED ORDER
CR 06-70783 HT

1  Thursday, December 7, 2006, on another related matter.

2

3       SO STIPULATED.

4  DATED: 12/5/06                                    Respectfully Submitted,

5

6
                                                    /s/
7                                                   SUSAN R. JERICH
                                                    Assistant United States Attorney
8  DATED: 12/5/06

9
                                                    /s/
10                                                  JERRY FONG
                                                    Counsel for Defendant
11

12
    SO ORDERED.
13           12/5/06
                                                    HONORABLE HOWARD LLOYD
14                                                  United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER
CR 06-70783 HL
                                  2