1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  BARBARA BRENNAN SILANO (MASSBAR 055540)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, Ca. 94102
      Tel: (415) 436-7223
7
   Attorneys for Plaintiff
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 | UNITED STATES OF AMERICA,     )  No. CR-5:06-mj-70783- HRL
                                   )
13 |      Plaintiff,                )
                                   )  STIPULATION AND ORDER TO
14 | v.                             )  CONTINUE
                                   )
15 | STEVEN CHAVEZ DURAN,           )
                                   )  SAN JOSE VENUE
16 |      Defendant.                )
                                   )
17 |_____)

**FILED**

JAN 17 2007

CLERK, U.
NORTHERN D.
[stamp partially illegible]

18  Both parties hereby agree as follows:

    That the date for preliminary hearing or arraignment currently set for January 18, 2007
19
    at 9:30 a.m., be continued until March 1, 2007 at 9:30 a.m.. The defendant understands
20
    that he is entitled to a preliminary hearing within twenty days under Federal Rules of
21
    Criminal Procedure Rule 5.1 and waives his right to have a preliminary hearing until
22
    march 1, 2007. Moreover, the defendant understands that he a right to a speedy trial
23
    under 18 U.S.C. § 3161 and that the time period between January 18, 2007 and March 1,
24
    2007 is excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) in order to allow a sufficient
25
    time for the defendant to review discovery and have adequate time for effective
26
    preparation.
27
    WHEREFORE the parties request that the hearing presently set for January 18, 2007
28
    at 9:30 a.m., be continued until March 1, 2007 at 9:30 a.m.

STIPULATION AND ORDER TO CONTINUE

1  DATED: January 16, 2007                Respectfully submitted,

2                                         KEVIN V. RYAN
                                          United States Attorney
3

4

5                                                  /s/
                                          BARBARA BRENNAN SILANO
6                                         Assistant United States Attorney

7

8
                                                   /s/
9                                         JERRY Y. FONG
                                          Counsel for Steven Duran
10
   SO ORDERED:
11

12
   Date: 1/17/07
13
                                          HON. RICHARD SEEBORG
14                                        UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE